UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6237 FMO (PLAx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Patricia Arreola, et al. v. Bank of America National Association, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Lisa Gonzalez | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:

Clifford H. Pearson
Robert G. Retana
George S. Trevor
Graham B. Lippsmith
Celene S. Chan

Attorney Present for Defendant:

Nellie E. Hestin

**Proceedings:** FINAL APPROVAL (FAIRNESS) HEARING; MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS [172]; MOTION FOR FINAL APPROVAL OF SETTLEMENT [174]

The court and counsel confer as set forth on the record.

Having invited the class members or objectors to address the court, no parties wish to be heard.

The motions are taken under submission. The court advises the parties that it intends to approve the settlement in writing. An order will issue.

| | 00 : 06 |
|---|---|
| Initials of Preparer | VDR |