JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ARREOLA, et al., on their own behalf and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a National Banking Association, et al.,<br><br>           Defendants. | Case No. CV 11-6237 FMO (PLAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorneys' Fees, Costs & Incentive Awards, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Patricia Arreola, Lilian A. Ramirez, Pascual Chavez-Ramirez, Jesse Moreno, Maria Pliego, and Rene Pliego shall each be paid an incentive payment of $5,000, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $2,031,593.79 in attorney's fees, and $30,906.21 in costs, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

3.  The settlement administrator, Epiq Class Action & Mass Tort Solutions, shall be paid for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement, but in an amount not to exceed $97,250.

4.  Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this court.

Dated this 24th day of July, 2014.

/s/
Fernando M. Olguin
United States District Judge

2